UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

FIDELITY & DEPOSIT COMPANY OF MARYLAND,

                Plaintiff,

v.                                                 5:07-CV-0115
                                                 (DNH/GHL)

JEMCOAT, INC., et al.,

                Defendants.
_____

APPEARANCES:                                   OF COUNSEL:

WOLFF & SAMSON PC                    ADAM P. FRIEDMAN, ESQ.
Counsel for Plaintiff
140 Broadway, 46th Floor
New York, New York 10005

SALLAWAY LAW FIRM                    GEORGE H. SALLAWAY, ESQ.
Counsel for Defendants
7030 East Genesee Street
Fayetteville, New York 13066

GEORGE H. LOWE, United States Magistrate Judge

## ORDER

        On April 10, 2008, the Court conferred by telephone with attorneys Friedman and Sallaway and with Mr. Ocuto.   Accordingly, it is

        **ORDERED**, that good cause having been shown, and with the consent of Mr. Ocuto, attorney Sallaway's motions for leave to withdraw (Dkt. Nos. 53 and 54) are granted ; and it is further

        **ORDERED**, that pursuant to Rule 83.2(b) of this Court's Local Rules, Mr. Sallaway is to serve a copy of this Order upon his former clients and he is to file an affidavit of service; and it is

further

**ORDERED**, that Defendants' motion to vacate default and for leave to amend (Dkt. No. 58) is stricken for failure to comply with this Court's Local Rules ; and it is further

**ORDERED**, that Defendants' purported pleadings (Dkt. Nos. 45, 46, 47 and 48) are stricken, largely for the reasons stated in Mr. Friedman's letter of April 7, 2008. (Dkt. No. 59.)

Dated: April 10, 2008
       Syracuse, New York

                                            George H. Lowe
                                            United States Magistrate Judge