UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

FIDELITY & DEPOSIT COMPANY OF MARYLAND,

        Plaintiff,

v.	5:07-CV-0115
    (DNH/GHL)
JEMCOAT, INC., et al.,

        Defendants.
_____

APPEARANCES:	OF COUNSEL:

WOLFF & SAMSON PC	ADAM P. FRIEDMAN, ESQ.
Counsel for Plaintiff
140 Broadway, 46th Floor
New York, New York 10005

JAMIE OCUTO
Defendant *pro se*
662 Solano Court
Marco Island, Florida 34145

GEORGE H. LOWE, United States Magistrate Judge

## ORDER

       On May 27, 2008, the Court conferred by telephone with Mr. Friedman and Mr. Ocuto. It is

       **ORDERED**, that on or before June 11, 2008, Mr. Ocuto will file his response to Plaintiff's motion for leave to file an Amended and Supplemental Complaint (Dkt. No. 64); and it is further

       **ORDERED**, that the Court will defer consideration of Plaintiff's motion for an order holding Mr. Ocuto in civil contempt and for other relief (Dkt. No. 60) until June 24, 2008; by

that date Mr. Friedman is to advise the Court as to whether Mr. Ocuto has fully responded to Plaintiff's Information Subpoena of June 18, 2007 (Dkt. No. 60-4); and it is further

    **ORDERED**, that Mr. Ocuto's request for a stay of thirty days is denied; and it is further

    **ORDERED**, that since *pro se* litigants are not permitted access to electronic case filing, Mr. Ocuto's request for such access is denied; however, *pro se* litigants may view and print filed documents by registering for PACER ("Public Access to Court Electronic Records"), and such registration can be accomplished on line at pacer.psc.uscourts.gov.

Dated: May 27, 2008
       Syracuse, New York

                                         George H. Lowe
                                         United States Magistrate Judge